UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Komi Ofori**

    **v.**                          Case No. 05-cv-PB

**Ruby Tuesday, Inc.**

**NOTICE OF RULING**

**Ruling:** The case is removed from the trial list. The December 20, 2005 final pretrial conference is cancelled. A new trial date will be scheduled after the court rules on the pending summary judgment motion.

Date: December 19, 2005


cc:    Komi Ofori, pro se
       Cornelius Heusel, Esq.
       Jennifer Parent, Esq.